Martin R. Galbut (#002943)
J. Blake Mayes (#024159)
GALBUT & HUNTER
A Professional Corporation
2425 East Camelback Road, Suite 1020
Phoenix, Arizona 85016
Phone: 602.955.1455
Fax: 602.955.1585
Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Annette Loertscher, an individual, | No. CV06-02163-PHX-SRB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Corwood Laboratories, Inc., a New York corporation, | (Assigned to the Hon. Susan R. Bolton) |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement as to all outstanding claims in this matter. The parties are currently negotiating final settlement documentation. The parties will file a Stipulation of Dismissal with Prejudice and form of Order will be filed with this Court when final settlement documentation is executed.

RESPECTFULLY SUBMITTED this 24th day of July, 2007.

           GALBUT & HUNTER
           A Professional Corporation


           By:   s/J. Blake Mayes
                    Martin R. Galbut
                    J. Blake Mayes
                    Camelback Esplanade, Suite 1020
                    2425 East Camelback Road
                    Phoenix, Arizona 85016
                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

William P. Allen
ballen@azbar.org

David S. Greenhaus
greenhausd@jacksonlewis.com

 s/ J. Blake Mayes